FILED'08 MAY 21 11:59 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID GREENE,

       Plaintiff,

  v.

JP MORGAN CHASE,

       Defendant.

Civ. No. 08-3020-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#6) is adopted. This case is remanded to state court.

IT IS SO ORDERED.

DATED this 21 day of May, 2008.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER